IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ALICE TRAMMELL, as Executrix of the ESTATE OF MARY ROBERTS, )<br>)<br>) | |
| Plaintiff, )<br>) | |
| vs. ) | CASE NO. 07-CV-2229-TCB |
| )<br>ADVANTAGE HEALTH SYSTEMS, INC., )<br>and PARKWOOD LIVING CENTER, LLC, )<br>) | |
| Defendants. ) | |

## DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, by and through her attorney of record, and hereby dismisses the above civil action with prejudice. The Clerk of the Court is hereby notified, authorized and requested to mark the same dismissal on the records.

This 25th day of April, 2008.

Respectfully submitted,

/S/ Daniel W. Cotter

DANIEL W. COTTER, ESQ.
Georgia Bar No. 189599
The Manning Leipold Building
Suite 100
Decatur, GA  30030
(404) 377-5775

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing **Dismissal With Prejudice** has been placed in the United States Mail, with adequate postage affixed thereon and addressed to:

Glenn P. Hendrix, Esq.
Jason E. Bring, Esq.
**ARNALL GOLDEN GREGORY, LLP**
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031

This 25th day of April, 2008.

/S/ Daniel W. Cotter
Daniel W. Cotter